UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 1:09-cr-29

v.                                            HON. JANET T. NEFF

SALVATORE RAHEEM LOUIS,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Salvatore Raheem Louis has filed a motion for modification or reduction of sentence (Dkt 191) pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 750 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to cocaine base (crack cocaine), and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2011. U.S.S.G. § 1B1.10(c).

IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 191) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED. The defendant's original scoring was based on a 1:1 crack to powder ratio so he has had more than the benefit of the statutory changes. In addition, defendant needs the time in a residential reentry center to be fully reintegrated into the community.

DATED: March 7, 2012                                   /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                             United States District Judge